# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LEVANDA CROSTON, et al.,

    Plaintiffs,

v.                                                  CASE NO: 3:16-cv-0087-HES-JBT

IC SYSTEM, INC.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Now comes Plaintiffs, by and through counsel, to submit this Notice of Pending Settlement and state that the parties in this action have settled the disputes between them as stated in this matter. Plaintiffs expect the pending settlements will be consummated within the next 60 days, and Plaintiffs will file a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once that occurs.

                                                              RESPECTFULLY SUBMITTED,

Date: April 5, 2017                           By:    */s/ Sharina Romano*
                                                               Sharina T. Romano, Esq.
                                                               Florida Bar No. 65501

                                                               Hyslip & Taylor, LLC, LPA
                                                               1100 W. Cermak Rd., Suite B410
                                                               Chicago, IL 60608
                                                               sharina@fairdebt411.com
                                                               (P) 904.853.3050

                                                               *Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 5, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.

                */s/   Sharina T. Romano*
                   Attorney